AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
FEB - 1 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHANNON ROBBINS | ) | Case No. 2:24-mj-29 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Aug. 20, 2022 to Oct. 25, 2023__ in the city of __Virginia Beach,__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt and/or distribution of material involving sexual exploitation of minors |
| 18 U.S.C. § 2252(a)(3) | Sales of material involving sexual exploitation of minors |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of material involving sexual exploitation of minors |
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of a minor |
| 18 U.S.C. § 1470 | Transfer of obscene material to a minor |

This criminal complaint is based on these facts:

(Please see attached Affidavit)

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Task Force Officer Rachel Foss
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/01/2024__

*Judge's signature*

City and state: __Norfolk, Virginia__   Hon. Lawrence R. Leonard, Magistrate Judge
*Printed name and title*