**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet                                    U.S. District Court

| Place of Offense: | | Under Seal: Yes ☐   No ☒ | Judge Assigned: |
|---|---|---|---|
| City:   EDVA | Criminal Complaint: YES | | Criminal Number:  2:24 mj 29 |
| County/Parish: | Same Defendant: | | New Defendant: |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

## Defendant Information:

| Juvenile: Yes ☐   No ☒ | FBI# | | | | |
|---|---|---|---|---|---|
| Defendant Name:   Shannon Ashley Robbins | | Alias Name(s): | | | |
| Address:  Virginia Beach, VA 23456 | | | | | |
| Birth Date: 1973 | SS#: 7709 | Sex: Male | Race: White | Nationality: | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |
| Interpreter:  Yes ☐   No ☒ | List Language and/or dialect: | | | | |

## Location Status:

Arrest Date:

☐

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA'S: Anthony Marek/Elizabeth Yusi | Telephone No.  757-441-6331 | Bar #: |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

|  |
|---|

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(2) | Receipt and/or Distribution of Material Involving Sexual Exploitation of Minors | 1 | Felony |
| Set 2 | 18 U.S.C. § 2252(a)(3) | Sales of Material Involving Sexual Exploitation of Minors | 2 | Felony |
| Set 3 | 18 U.S.C. § 2252(a)(4)(b) | Possession of Material Involving Sexual Exploitation of Minors | 3 | Felony |
| Set 4 | 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor | 4 | Felony |
| Set 5 | 18 U.S.C. § 1470 | Transfer of Obscene Material to a Minor | 5 | Felony |